IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * * | |
| WESLEY SMITH, | * * | |
| Plaintiff-Intervenor, | * * | |
| v. | * * | CV 118-146 |
| VALLEN DISTRIBUTION, INC. d/b/a HAGEMEYER NORTH AMERICA, INC., | * * * * | |
| Defendant. | * | |

## O R D E R

Before the Court is Wesley Smith's motion to intervene as a party plaintiff. (Doc. 7.) Neither Plaintiff Equal Employment Opportunity Commission nor Defendant Vallen Distribution oppose Mr. Smith's motion. Moreover, "[i]f . . . the EEOC files suit on its own . . . the employee may intervene in the EEOC's suit." Equal Emp't Opportunity Comm'n v. Waffle House, Inc., 534 U.S. 279, 291 (2002) (citing 42 U.S.C. § 2000e-5(f)(1)). Therefore, upon due consideration, the Court **GRANTS** Wesley Smith's motion to intervene (Doc. 7). Plaintiff-Intervenor shall file his complaint

within **SEVEN (7) DAYS** from the date of this Order as a stand-alone entry on the docket.[1]

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This case is currently stayed pursuant to the Court's Order dated December 26, 2018 (Doc. 20), because the appropriations to fund the EEOC lapsed on December 21, 2018. If the EEOC funding is not restored prior to the date this Order is entered, Plaintiff-Intervenor shall have **SEVEN (7) DAYS** from the date EEOC funding is restored to file his complaint in accordance with the December 26, 2018 Order.